# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

_Amarillo_ Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
F I L E D

MAR 1 5 1999

NANCY DOHERTY, CLERK
By _____
Deputy

### PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

_EDDIE ALBERTO CASTILLO, SR._

**PETITIONER**
(Full name of Petitioner)

vs.

_GARY L. JOHNSON_

**RESPONDENT**
(Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner)

_CHARLES TERRELL UNIT_
PLACE OF CONFINEMENT

#769755

PRISONER ID NUMBER

2-99CV-093-J

CASE NUMBER
(Supplied by the Clerk of the District Court)

**AND**

THE ATTORNEY GENERAL OF
THE STATE OF _TEXAS_                    ADDITIONAL RESPONDENT

(If Petitioner is attacking a judgment which imposed a sentence to be served in the _future_, petitioner must fill in the name of the state where the judgment was entered. If the petitioner has a sentence to be served in the _future_ under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. Section 2255, in the federal court which entered the judgment.)

---

## INSTRUCTIONS - READ CAREFULLY

1. This Petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the _facts_ which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

Revised 7/94

## PETITION

1.  Name and location of court which entered the judgment of conviction under attack:

    _108TH DISTRICT COURT, POTTER COUNTY, TEXAS_

2.  Date of judgment of conviction: _NOVEMBER 21ST, 1996_

3.  Length of sentence: _99 YEARS_

4.  Nature of offense involved (all counts):

    _MURDER_

5.  What was your plea? (Check one)

    ☑ Not Guilty        ☐ Guilty        ☐ Nolo contendere

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6.  Kind of trial: (Check one)   ☑ Jury        ☐ Judge Only

7.  Did you testify at the trial?  ☐ Yes        ☑ No

8.  Did you appeal from the judgment of conviction?        ☑ Yes        ☐ No

CONTINUED ON NEXT PAGE

- 3 -

9.  If you did appeal, answer the following:

Name of Court: *COURT OF APPEALS 7TH DISTRICT OF TEXAS*

Result:  *AFFIRMED*

Date of result: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any court, state or federal?

☑ Yes          ☐ No

11. If your answer to 10 was "Yes" give the following information:

Name of Court: _____

Nature of proceeding: *MOTION FOR PETITION FOR DISCRETIONARY REVIEW / REFUSED AS UNTIMELY FILED*

Grounds raised: *SAME AS BRIEF OF APPELLANT*

_____

_____

Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes          ☑ No

Result: _____

Date of Result: _____

CONTINUED ON NEXT PAGE

- 4 -

As to any *second* petition, application or motion, give the same information:

Name of Court: _____*N/A*_____

Nature of proceeding: _____

_____

Grounds raised: _____*N/A*_____

_____

_____

Did you receive an evidentiary hearing on your petition, application or motion?

☐    Yes            ☐    No

Result: _____*N/A*_____

Date of Result: _____

As to any *third* petition, application or motion, give the same information:

Name of Court: _____*N/A*_____

Nature of proceeding: _____

_____

Grounds raised: _____

_____

_____

Did you receive an evidentiary hearing on your petition, application or motion?

☐    Yes  *N/A* ☐    No

CONTINUED ON NEXT PAGE

Result: _N/A_

Date of Result: _N/A_

Did you appeal to the highest state court having jurisdiction, the result of action taken on any petition, application or motion?

| | | | |
|---|---|---|---|
| First petition, etc. | ☑ Yes | ☐ No |
| Second petition, etc. | ☐ Yes | ☐ No |
| Third petition, etc. | ☐ Yes | ☐ No |

If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

12.   State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

DO NOT CHECK ANY OF THESE LISTED GROUNDS. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

CONTINUED ON NEXT PAGE

- 6 -

(a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)    Conviction obtained by use of coerced confession.

(c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)    Conviction obtained by a violation of the privilege against self-incrimination.

(f)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)    Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(h)    Conviction obtained by a violation of the protection against double jeopardy.

(i)    Denial of effective assistance of counsel.

(j)    Denial of right to appeal.


A.    Ground One: THE TRIAL COURT COMMITTED REVERSIBLE ERROR IN REFUSING TO SUBMIT A PROPER INSTRUCTION WITHIN THE GUILT/INNOCENCE CHARGE ON THE LESSER INCLUDED OFFENSE OF INVOLUNTARY MANSLAUGHTER.

Supporting FACTS (tell your story briefly without citing cases or law):

THE BULK OF APPELLANT'S DEFENSIVE EVIDENCE, INTRODUCED THROUGH HIS FIRST VOLUNTARY STATEMENT, COMPRISED ACCIDENT. NEVERTHELESS, THE SECOND STATEMENT RAISED THE ISSUE OF THE REQUIRED CONSCIOUS DISREGARD OF RISK WHICH ULTIMATELY CONTRIBUTED TO THE CHILD'S DEATH. HAD THE JURY BEEN PROPERLY INSTRUCTED PURSUANT TO THE INSTRUCTIONS TENDERED BY APPELLANT, IT IS PERMISSIBLE TO CONCLUDE THAT A JURY MIGHT HAVE EXONERATED APPELLANT OF INTENTIONALLY OR KNOWINGLY CAUSING THE RESULT OF DEATH YET CONVICTED APPELLANT OF INVOLUNTARY MANSLAUGHTER SINCE HE, BY HIS OWN ADMISSION, DISREGARDED THE VERY REAL RISK CREATED BY HIS SHAKING OF THE CHILD.

CONTINUED ON NEXT PAGE

- 7 -

B.     Ground Two: THE TRIAL COURT COMMITTED REVERSIBLE ERROR IN REFUSING TO SUBMIT A PROPER INSTRUCTION WITHIN THE GUILT/INNOCENCE CHARGE ON THE LESSER INCLUDED OFFENSE OF CRIMINALLY NEGLIGENT HOMICIDE.

Supporting FACTS (tell your story briefly without citing cases or law):
THERE EXISTED THE NECESSARY QUANTUM OF EVIDENCE UNDERLYING CONSCIOUS RISK-TAKING AND FAILURE TO PERCEIVE THE RISK OF INATTENTIVENESS TO THE CHILD'S CONDITION SO AS TO SUPPORT THE SUBMISSION OF INSTRUCTIONS ON THE LESSER INCLUDED OFFENSES OF INVOLUNTARY MANSLAUGHTER AND CRIMINALLY NEGLIGENT HOMICIDE. BECAUSE APPELLANT SUFFERED SOME HARM AS A RESULT OF THE TRIAL COURT'S REFUSAL TO SO INSTRUCT, HARM IS PRESUMED AND REVERSIBLE ERROR DID OCCUR.
BASED THE RATIONALE UNDERLYING POINTS OF ERROR ONE AND TWO, THIS CASE SHOULD BE REVERSED AND REMANDED FOR WHOLE NEW TRIAL ON THE MERITS.

C.     Ground Three: THE TRIAL COURT COMMITTED REVERSIBLE ERROR IN OVERRULING APPELLANT'S OBJECTION TO THE PROSECUTOR'S INDIRECT COMMENT ON THE APPELLANT'S FAILURE TO TESTIFY UTTERED DURING SUMMATION AT THE GUILT/INNOCENCE PHASE OF THE TRIAL.

Supporting FACTS (tell your story briefly without citing cases or law):
IT IS BASIC, FUNDAMENTAL RULE OF LAW IN THIS STATE THAT THE FAILURE OF AN ACCUSED TO TESTIFY MAY NOT BE THE SUBJECT OF A COMMENT BY THE PROSECUTION. A COMMENT AS SUCH IS IN DIRECT CONTRAVENTION OF THE FIFTH AMENDMENT TO THE UNITED STATES CONSTITUTION, ARTICLE 1 § 9 AND 10 OF THE TEXAS CONSTITUTION AND IN EXPRESS VIOLATION OF ARTICLE 38.08 C.C.P.
A BLANKET PROHIBITION APPLIES TO COMMENTS ON A DEFENDANT'S FAILURE TO TESTIFY.

D.     Ground Four: THE TRIAL COURT COMMITTED REVERSIBLE ERROR BY ERRONEOUSLY ALLOWING THE GRAND JURY FORE-PERSON TO TESTIFY IN VIOLATION OF "THE RULE" TX. R. CRIM. EVID. 613

CONTINUED ON NEXT PAGE

- 8 -

Supporting FACTS (tell your story briefly without citing cases or law):

JURY FOREMAN WAS PRESENT IN COURT DURING TRIAL PRO-
CEEDING AND THEN CALLED TO TESTIFY IN VIOLATION
OF TEXAS, RULES CRIMINAL EVIDENCE 613, THE PURPOSE OF
THE RULE IS TO PREVENT THE TESTIMONY OF ONE WITNESS
FROM INFLUENCING THE TESTIMONY OF ANOTHER, THUS RULE
DISREGARDED WAS ERROR FOR REVERSE AND REMAND FOR
A NEW TRIAL.
GROUND FIVE —— REVERSE SIDE. —————————→

13.    If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, either state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them:

_____

_____

_____

_____

_____

14.    Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

☐    Yes        ☑    No

15.    Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)    At preliminary hearing:  WARREN CLARK  _____

_____

CONTINUED ON NEXT PAGE

- 9 -

GROUND FIVE:

THE TRIAL COURT COMMITTED REVERSIBLE ERROR IN PERMITTING THE PROSECUTOR, OVER PROPER OBJECTION, TO IDENTIFY HIMSELF BEFORE THE JURY AT THE PUNISHMENT PHASE OF THE TRIAL AS REPRESENTING THE VICTIM.

SUPPORTING FACTS:

IT IS ERROR FOR A PROSECUTING ATTORNEY TO REPRESENT TO A JURY PANEL, EITHER AT VOIR DIRE OR AT TRIAL, THAT HE OR SHE REPRESENTS THE VICTIM PERSONALLY OR THAT OF THE VICTIMS FAMILY; THAT IS THE LAW (CASE LAW) OF TEXAS YET THIS CONVICTION WAS AFFIRMED. THIS CASE SHOULD BE REVERSED AND REMANDED FOR NEW TRIAL ON PUNISHMENT.

(b)    At arraignment and plea: _UNKNOWN ?_

(c)    At trial: _WARREN CLARK_

(d)    At sentencing: _WARREN CLARK_

(e)    On appeal: _WARREN CLARK_

(f)    In any post-conviction proceeding: _N/A_

(g)    On appeal from any adverse ruling in a post-conviction proceeding:

_N/A_

16.    Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

☐    Yes        ☑    No

17.    Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☐    Yes        ☑    No

CONTINUED ON NEXT PAGE

- 10 -

(a)    If so, give name and location of court which imposed sentence to be served in the future:

_____N/A_____

_____

(b)    And give date and length of sentence to be served in the future:

_____N/A_____

_____

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐    Yes  N/A   ☐    No

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _MARCH 5TH 1999_____ (date).

x _____
Signature of Petitioner

- 11 -