IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**F I L E D**
JUN 1 6 1999
NANCY DOHERTY, CLERK
BY_____
Deputy

ENTERED ON DOCKET
JUN 1 7 1999
U.S. DISTRICT CLERK'S OFFICE

| | |
|---|---|
| EDDIE ALBERTO CASTILLO, SR., §<br>§<br>Petitioner, §<br>§<br>v. §<br>§<br>GARY L. JOHNSON, Director, §<br>Texas Department of Criminal Justice, §<br>Institutional Division, §<br>§<br>Respondent. § | 2:99-CV-0093 |

## ORDER ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner EDDIE ALBERTO CASTILLO, SR. On May 5, 1999, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed without prejudice in order that petitioner be able to return to the federal courts after having properly presented these issues to the Texas Court of Criminal Appeals. No objections to the Magistrate Judge's Report and Recommendation have been filed of record.

The undersigned United States District Judge has made an independent examination of the record in this case and has examined the Report and Recommendation of the Magistrate Judge. The District Judge is of the opinion that the Magistrate Judge's Report and

8

Recommendation should be, and hereby is, ADOPTED.  Accordingly, the petition for a writ of habeas corpus filed by petitioner EDDIE ALBERTO CASTILLO, SR. is hereby DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The United States District Clerk is directed to mail a copy of this Order to petitioner and to each attorney of record by first class U.S. mail.

IT IS SO ORDERED.

ENTERED this _____16th_____ day of _____June_____ 1999.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

HAB54\OARJMT\CASTILLO EXH 08